IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-346 |
| | § | |
| CARLOS MARTINEZ-FLORES | § | |

**O R D E R**

The defendant filed an unopposed motion for substitution of counsel and for a continuance. (Docket Entry Nos. 20 and 21). The motion for substitution is granted. Tim Gyftakos will replace Gerry Montalvo as counsel of record for defendant Martinez-Flores.

The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 8, 2009 |
| Responses are to be filed by: | September 18, 2009 |
| Pretrial conference is reset to**:** | **September 21, 2009, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 29, 2009, at 9:00 a.m.** |

SIGNED on July 30, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge